**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN PEIYONG,  :<br>  :<br>            Movant,  :<br>  :<br>v.  :<br>  :<br>UNITED STATES SECURITIES AND  :<br>EXCHANGE COMMISSION  :<br>  :<br>            Respondent.  :<br>  : | NOTICE OF MOTION TO QUASH SUBPOENA UNDER THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978 |

**PLEASE TAKE NOTICE** that upon the accompanying Affidavit of Han Peiyong, the Memorandum of Law in Support, and all exhibits annexed thereto, the undersigned will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order pursuant to the Right to Financial Privacy Act, 12 U.S.C. §§ 3401-3423, quashing the subpoena issued by the United States Securities and Exchange Commission to East West Bank dated July 16, 2025, and for such other and further relief as the Court deems just and proper.

Dated:  August 15, 2025
            New York, NY

                                        Respectfully Submitted,
                                        Scarinci Hollenbeck, LLC

            By:        /s Christopher D. Warren
                       Christopher D. Warren, (CW3630)
                       *Attorneys for Han Peiyong*
                       519 8th Ave, 25th Floor
                       New York, NY 10018
                       (212) 390-8060

4908-0740-1311, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2025, the foregoing Notice of Motion, Memorandum of Law in Support of Motion, Affidavit of Movant Han Peiyong, as well as all annexed exhibits, were served on all counsel of record by email or overnight mail to the addresses provided on the Subpoena and Notice attached as Exhibit A.

        By:    /s Christopher D. Warren
                  *Attorneys for Han Peiyong*
                  519 8th Ave, 25th Floor
                  New York, NY 10018
                  (212) 390-8060