

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

**DIVISION OF ENFORCEMENT**

Paul Pashkoff
Assistant Director
(202) 551-4468
pashkoffp@sec.gov

## CUSTOMER NOTICE

July 16, 2025

**VIA FEDEX**
Han Peiyong
Unit 2278, Level 2, No. 1536
Gonghexin Road, Jing'an District
Shanghai, China

Re: <u>In the Matter of Market Manipulation in Certain IPOs (HO-14588)</u>

Dear Han Peiyong:

    Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the United States Securities and Exchange Commission (the "Commission") in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. §§ 3401–22. On January 13, 2023, the Commission entered a formal order of investigation, "<u>In the Matter of Market Manipulation in Certain IPOs</u>." The attached subpoena was issued pursuant to the formal order of investigation, and the information sought is to assist the Commission in determining the issues set forth in the formal order of investigation. That order states that the Commission deems certain acts and practices to be in possible violation of: Sections 17(a) and 17(b) of the Securities Act of 1933 and Sections 9(a)(1), 9(a)(2), 10(b), 13(d), 15(c), and Section 16(a) of the Securities Exchange Act of 1934, and Rules 10b-5 and 16a-3 thereunder. You may arrange to review a copy of the formal order, if you have not already done so, by contacting me.

    The authority for this investigation is: Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934. If you desire a copy of the authority for this investigation, please contact me.

    If you desire that such records or information not be made available to the Commission in response to the subpoena, you must:

(1)     Fill out the accompanying motion paper and sworn statement or write one of your own, stating that you are the customer whose records are being requested by the Commission, and giving either the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

(2)     File the motion and sworn statement (together with the applicable filing fee) by mailing or delivering them to the Clerk of any one of the following United States District Courts:

    a. The District Court for the District of Columbia.

    b. The District Court with jurisdiction over the financial institution.

    c. The District Court with jurisdiction over your place of residence.

    d. Any other District Court that is appropriate under 28 U.S.C. 1391(e).

(It would simplify the proceeding if you would include with your motion and sworn statement a copy of the attached subpoena, as well as a copy of this notice. We ask that you also forward to the following email address – RFPA@sec.gov – a copy of any RFPA challenge you file in court.)

(3)     Serve the Commission by mailing (by registered or certified mail) or by delivering a copy of your motion and sworn statement to:

> Paul Pashkoff
> Assistant Director
> Securities and Exchange Commission
> 100 F Street, NE
> Washington, DC 20549-5553

and

> Melinda Hardy, Esq.
> Associate General Counsel
> Securities and Exchange Commission
> 100 F Street, NE
> Washington, DC 20549

(4)     Be prepared to come to court and present your position in further detail.

(5)     You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.

If you do not follow the above procedures, upon the expiration of the earlier of ten days from the date of service or fourteen days from the mailing of this notice, the records or information requested therein will be made available to the Commission. These records may be transferred to other government authorities for legitimate law enforcement inquiries, in which event (except as provided by law), you will be notified after the transfer.

Providing this notice to you shall not be construed as a waiver by the Commission of any right it may have to assert that the provisions of the Right to Financial Privacy Act of 1978 do not require such a notice.

Very truly yours,

*Paul Pash*

Paul Pashkoff
Assistant Director
Division of Enforcement

Enclosures:

Instructions
Motion Form
Certificate of Service
Sworn Statement Form
Subpoena



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF ENFORCEMENT**

Paul Pashkoff
Assistant Director
(202) 551-4468
pashkoffp@sec.gov

July 16, 2025

<u>VIA UPS</u>
East West Bank
Attn: Legal Process
9300 Flair Drive
4th Floor
El Monte, CA 91731

      Re:  <u>In the Matter of Market Manipulation in Certain IPOs (HO-14588)</u>

Dear Sir or Madam:

    The enclosed subpoena has been issued pursuant to a formal order entered by the United States Securities and Exchange Commission. Pursuant to Rule 8 of the United States Securities and Exchange Commission's Rules Relating to Investigations, 17 C.F.R. § 203.8, I have enclosed a subpoena for documents issued to East West Bank ("EWB") in connection with the above-referenced investigation.

    The enclosed subpoena requires EWB to produce documents to the SEC by August 26, 2025. Please deliver the materials by August 26, 2025, at 5:00 p.m. to:

ENF-CPU
U.S. Securities and Exchange Commission
14420 Albemarle Point Place, Suite 102
Chantilly, VA 20151-1750

    For smaller electronic productions under 10MB in size, the materials may be emailed to the following email address: ENF-CPU@sec.gov.

    Please also provide a duplicate copy of any document production cover letters to Jason Anthony at anthonyj@sec.gov. Additionally, please include the SEC matter number and the name of the requesting attorney when responding.

East West Bank
July 16, 2025

      Please carefully read the subpoena attachment, which contains, among other things, important instructions related to the manner of producing documents. In particular, if EWB prefers to send us copies of original documents, **the staff requests that you scan and produce hard copy documents, as well as electronic documents, in an electronic format consistent with the SEC Data Delivery Standards attached hereto. All electronic documents responsive to the subpoena, including all metadata, should also be produced in their native software format**.

      If you have any questions concerning the production of documents in an electronic format, please contact Jason Anthony (anthonyj@sec.gov) at (202) 551-7677 as soon as possible and in any event before producing documents. For security reasons, we strongly encourage the encryption of sensitive documents before production.

      When producing the records, please consecutively number and mark each document produced with a symbol that identifies it as being produced by EWB and provide an index that briefly identifies the documents produced.

      A copy of the subpoena should be included with the documents that are produced. Correspondence should reference case number, case name and requesting SEC staff member.

      Passwords for documents, files, compressed archives, and encrypted media should be provided separately either via email addressed to ENF-CPU@sec.gov, or in a separate cover letter mailed separately from the data. Password correspondence should reference case number, case name and requesting SEC staff member.

      **Certain of the information called for by the subpoena may constitute "financial records" of a "customer" within the meaning of the Right to Financial Privacy Act of 1978 [12 U.S.C. 3401-22] (the "RFPA"). Pursuant to Section 1103(b) of the RFPA [12 U.S.C. 3403(b)], <u>you may not release these records to us until I have furnished you with a certificate of compliance with the applicable provisions of that act</u>. I expect to send you such a certificate in approximately 14 days.**

      In addition, for any documents that qualify as records of regularly conducted activities under Federal Rule of Evidence 902(11), please have the appropriate representative(s) of EWB complete a business records certification (a sample of which is enclosed) and return it with the document production. Execution of this certification may allow the Commission to introduce the documents provided by EWB in any subsequent judicial proceeding, without requiring the testimony of a records custodian.

      Enclosed is a copy of the Commission's Form 1662, entitled "Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena." This form explains how we may use the information that EWB provides to the Commission and has other important information.

      **If the document production contains Bank Secrecy Act materials, please segregate and label those materials within the production.**

East West Bank
July 16, 2025

      Pursuant to Section 1115 of the Right to Financial Privacy Act (12 U.S.C. § 3415), EWB may be entitled to reimbursement for certain costs incurred in complying with this subpoena. An itemized invoice is required in order to obtain reimbursement; please submit the invoice to Jason Anthony (anthonyj@sec.gov) within 30 days after production is complete.

      This investigation is a nonpublic, fact-finding inquiry. We are trying to determine whether there have been any violations of the federal securities laws. The investigation does not mean that we have concluded that anyone has violated the law. Also, the investigation does not mean that we have a negative opinion of any person, entity, or security.

      If you have any questions or would like to discuss this matter, you may contact Jason Anthony at (202) 551-7677 (anthonyj@sec.gov).

      Sincerely,

      *Paul Pash* (signature)

      Paul Pashkoff
      Assistant Director
      Division of Enforcement

Enclosures:    Subpoena and Attachment
              Business Records Certification
              SEC Data Delivery Standards
              SEC Form 1662 (English and Chinese)



# SUBPOENA

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

In the Matter of Market Manipulation in Certain IPOs (HO-14588)

**To:** East West Bank
Attn: Legal Process
9300 Flair Drive
4th Floor
El Monte, CA 91731

☒ **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below:

ENF-CPU, U.S. Securities and Exchange Commission, 14420 Albemarle Point Place, Suite 102 Chantilly, VA 20151-1750, no later than August 26, 2025, at 5:00 p.m.

☐ **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

**FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.**
If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena.
Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.

By: *Paul Pash* (signature)
Paul Pashkoff
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Date: July 16, 2025

I am an officer of the U.S. Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.

NOTICE TO WITNESS: If you claim a witness fee or mileage, submit this subpoena with the claim voucher.



# U.S. Securities and Exchange Commission

## Data Delivery Standards

This document describes the technical requirements for paper and electronic document productions to the U.S. Securities and Exchange Commission (SEC).  ***Any questions or proposed file formats other than those described below must be discussed with the legal and technical staff of the SEC Division of Enforcement prior to submission.***

General Instructions ................................................................................................................................... 1

Delivery Formats ........................................................................................................................................ 2

    I.   Imaged Productions ........................................................................................................................ 3

        1.   Images ........................................................................................................................ 3

        2.   Image Cross-Reference File ........................................................................................ 3

        3.   Data File ..................................................................................................................... 3

        4.   Text ............................................................................................................................. 3

        5.   Linked Native Files .................................................................................................... 3

    II.   Native File Productions without Load Files ................................................................................. 4

    III.   Adobe PDF File Productions ....................................................................................................... 4

    IV.   Audio Files .................................................................................................................................. 4

    V.   Video Files ................................................................................................................................... 4

    VI.   Electronic Trade and Bank Records ............................................................................................ 4

    VII.   Electronic Phone Records ........................................................................................................... 4

    VIII.   Audit Workpapers ..................................................................................................................... 5

    IX.   Mobile Device Data .................................................................................................................... 5

**General Instructions**

**Due to COVID-19 restrictions the current, temporary mailing address for all physical productions sent to the SEC is:
ENF-CPU (U.S. Securities & Exchange Commission), 14420 Albemarle Point Place, Suite 102, Chantilly, VA 20151-1750**

Electronic files must be produced in their native format, i.e. the format in which they are ordinarily used and maintained during the normal course of business.  For example, an MS Excel file must be produced as an MS Excel file rather than an image of a spreadsheet.  *(Note:  An Adobe PDF file is **not** considered a native file unless the document was initially created as a PDF.)*

In the event produced files require the use of proprietary software not commonly found in the workplace, the SEC will explore other format options with the producing party.

The proposed use of file de-duplication methodologies or *computer-assisted review* or *technology-assisted review* (TAR) during the processing of documents must be discussed with and approved by the legal and technical staff of the Division of Enforcement (ENF).  If your production will be de-duplicated it is vital that you 1) preserve any unique metadata associated with the duplicate files, for example, custodian name and file location and, 2) make that unique metadata part of your production to the SEC.