UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAN PEIYONG,

        Movant,

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

        Respondent.

DECLARATION OF
CHRISTOPHER D. WARREN

---

I, **Christopher D. Warren**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel for Plaintiff in the above-captioned matter. I submit this declaration to document a technical failure of the Court's Electronic Case Filing ("ECF") system that prevented timely electronic filing of Plaintiff's motion to quash on August 18, 2025.

2. On August 15, 2025 beginning at approximately 2PM I attempted to file the above-referenced documents via ECF. Each attempt resulted in an error that prevented completion of the filing. The error presented as a 404 redirect error.

3. Between August 15 and August 18, I have made at least **seven** separate attempts to file, not including the attempts of my paralegal staff, including after each of the following remediation steps:

    a. Clearing browser cache/cookies and restarting the browser;

    b. Trying multiple browsers (Chrome, Edge, Firefox);

    c. Switching networks (office wired, office Wi-Fi, and home networks;

    e. Logging out/in and re-authenticating.

Each attempt failed with the same error.

4. Attached as **Exhibit A** are true and correct correspondence with the SDNY ECF Helpdesk, to which we have not had a resolution.

5. In parallel, I requested internal IT assistance and was informed this is a persistent problem with SDNY ECF.

6. Because the technical failure prevented timely ECF filing, and consistent with **Local Civil Rule 5.2(h)**, I proceeded as follows:

    a. I served counsel for the Securities and Exchange Commission with the filing materials by email on August 18, 2025 at 3:11PM.

    b. I arranged for **overnight delivery** of paper courtesy copies to the Clerk of Court, U.S. District Court, SDNY, 500 Pearl Street, New York, NY 10007; and

    c. I prepared this declaration to accompany the paper submission and to be filed electronically promptly upon restoration of ECF functionality.

7. Upon restoration of ECF service, I will promptly re-file the same materials electronically and docket this declaration.

8. This declaration is made to ensure a complete record of the ECF technical failure and the reasonable steps taken to comply with filing and service obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2025
New York, NY

                                                          Respectfully Submitted,
                                                          Scarinci Hollenbeck, LLC
                                       By:    /s Christopher D. Warren
                                                          Christopher D. Warren, (CW3630)