## Sarah J. Chao

| | |
|---|---|
| **From:** | Tania Schakir-Drira |
| **Sent:** | Wednesday, August 20, 2025 2:01 PM |
| **To:** | Sarah J. Chao |
| **Subject:** | Fwd: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350 |


Tania Schakir-Drira<http://sh-law.com/> | Legal Paraprofessionals Manager
tsdrira@sh-law.com<mailto:tsdrira@sh-law.com>
Direct Phone: 201.896.7189
SCARINCI | HOLLENBECK<https://sh-law.com>, LLC

150 Clove Road | 9th Floor | Little Falls, New Jersey
07424 |  map<https://scarincihollenbeck.com/location/little-falls>
P: 201.896.4100 | F: 201.896.8660
sh-law.com<https://scarincihollenbeck.com> | New York | New Jersey | D.C.

Confidentiality Notice: This electronic message contains information from the law firm of Scarinci Hollenbeck. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

Begin forwarded message:

> **From:** "Christopher D. Warren" <cwarren@sh-law.com>
> **Date:** August 18, 2025 at 3:04:23 PM EDT
> **To:** Dan Scarpulla <dscarpulla@sh-law.com>, Tania Schakir-Drira <tsdrira@sh-law.com>, "Sarah J. Chao" <schao@sh-law.com>
> **Cc:** IT Support <itsupport@sh-law.com>
> **Subject: RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350**
>
> Dear IT Support for ECF of the SDNY,
>
> We are experiencing a failure with the Southern District of New York's ECF system that is preventing timely filing. This issue has been repeated since Friday, and again throughout the day today.  Repeated attempts to log in and upload filings on 1:25-mc-345 have returned the same errors as attached below, and despite our many attempts and hours of troubleshooting this issue, are still unable to get past the "filer" screen.
>
> Because this outage impacts deadlines, we are proceeding under **SDNY Local Civil Rule 5.2(h)** (technical failure).
>
> We will file by paper with the Clerk's Office at 500 Pearl Street and request that the filing be deemed timely under Rule 5.2(h). Similiarly, we will be serving our adversaries by email and

overnight mail where appropriate, noting that ECF has not been functioning, and IT has been unable to resolve the issue before the filing deadline.

Best,
Chris


**Christopher D. Warren** | **Partner**
cwarren@sh-law.com | Bio | vCard | LinkedIn
Direct Phone: 212-390-8060

# SCARINCI | HOLLENBECK, LLC

**519 8th Avenue | 25th Floor | New York, NY 10018 |  map**
P: 212.286.0747 | F: 212.808.4155

**New York | New Jersey**

**From:** Dan Scarpulla <dscarpulla@sh-law.com>
**Sent:** Monday, August 18, 2025 12:19 PM
**To:** Tania Schakir-Drira <tsdrira@sh-law.com>; Christopher D. Warren <cwarren@sh-law.com>; Sarah J. Chao <schao@sh-law.com>
**Cc:** IT Support <ITSupport@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

I verified that its not anything that is happening with us.

This also happened before with Sarah. I have attached the email thread from when she was speaking with them.


**Dan Scarpulla** | **Information Technology Director**
dscarpulla@sh-law.com | Bio | vCard
Direct Phone: 201-896-7121
IT Support Email: itsupport@sh-law.com | IT Support Phone: 201-896-7123

# SCARINCI | HOLLENBECK

**150 Clove Road | 9th Floor | Little Falls, New Jersey 07424 |  map**
P: 201.896.4100 | F: 201.896.8660

**sh-law.com | New York | New Jersey**

**From:** Tania Schakir-Drira <tsdrira@sh-law.com>
**Sent:** Monday, August 18, 2025 11:28 AM
**To:** Dan Scarpulla <dscarpulla@sh-law.com>; Christopher D. Warren <cwarren@sh-law.com>
**Cc:** IT Support <ITSupport@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

I just sent it to you, Dan.


**Tania Schakir-Drira** | **Legal Paraprofessionals Manager**
tsdrira@sh-law.com
Direct Phone: 201.896.7189

2

SCARINCI | HOLLENBECK, LLC

150 Clove Road | 9th Floor | Little Falls, New Jersey 07424 | map
P: 201.896.4100 | F: 201.896.8660

sh-law.com | New York | New Jersey

**From:** Dan Scarpulla <dscarpulla@sh-law.com>
**Sent:** Monday, August 18, 2025 11:26 AM
**To:** Tania Schakir-Drira <tsdrira@sh-law.com>; Christopher D. Warren <cwarren@sh-law.com>
**Cc:** IT Support <ITSupport@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

Tania,

In order for me to replicate this, I would need the information so I can perform the same action overriding any security protocols.

Can you please give me the site and instructions on what I need to do?

**Dan Scarpulla** | **Information Technology Director**
dscarpulla@sh-law.com | Bio | vCard
Direct Phone: 201-896-7121
IT Support Email: itsupport@sh-law.com | IT Support Phone: 201-896-7123

SCARINCI | HOLLENBECK

150 Clove Road | 9th Floor | Little Falls, New Jersey 07424 | map
P: 201.896.4100 | F: 201.896.8660

sh-law.com | New York | New Jersey

**From:** Tania Schakir-Drira <tsdrira@sh-law.com>
**Sent:** Monday, August 18, 2025 11:24 AM
**To:** Christopher D. Warren <cwarren@sh-law.com>
**Cc:** IT Support <ITSupport@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

Disconnected already.  Looping in IT but also sent helpdesk a screenshot per the request of the supervisor.

**Tania Schakir-Drira** | **Legal Paraprofessionals Manager**
tsdrira@sh-law.com
Direct Phone: 201.896.7189

SCARINCI | HOLLENBECK, LLC

150 Clove Road | 9th Floor | Little Falls, New Jersey 07424 | map
P: 201.896.4100 | F: 201.896.8660

sh-law.com | New York | New Jersey

**From:** Christopher D. Warren <cwarren@sh-law.com>
**Sent:** Monday, August 18, 2025 11:23 AM
**To:** Tania Schakir-Drira <tsdrira@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

Sorry. Just getting this. Sure!

**Christopher D. Warren** | **Partner**
cwarren@sh-law.com | Bio | vCard | LinkedIn
Direct Phone: 212-390-8060

**SCARINCI** | **HOLLENBECK, LLC**

**519 8th Avenue | 25th Floor | New York, NY 10018 |** map
P: 212.286.0747 | F: 212.808.4155

New York | New Jersey

**From:** Tania Schakir-Drira <tsdrira@sh-law.com>
**Sent:** Monday, August 18, 2025 11:09 AM
**To:** Christopher D. Warren <cwarren@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

Speaking with Mr. Juliano now. Do you want me to conference you in?

**Tania Schakir-Drira** | **Legal Paraprofessionals Manager**
tsdrira@sh-law.com
Direct Phone: 201.896.7189

**SCARINCI** | **HOLLENBECK, LLC**

**150 Clove Road | 9th Floor | Little Falls, New Jersey 07424 |** map
P: 201.896.4100 | F: 201.896.8660

sh-law.com | New York | New Jersey

**From:** Christopher D. Warren <cwarren@sh-law.com>
**Sent:** Monday, August 18, 2025 11:03 AM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>; Tania Schakir-Drira <tsdrira@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

We haven't even gotten to the part where we can upload the PDF. The Error is when choosing the filers.

Looping in @Tania Schakir-Drira. Are we able to have a call please?

**Christopher D. Warren** | **Partner**
cwarren@sh-law.com | Bio | vCard | LinkedIn
Direct Phone: 212-390-8060

4

SCARINCI | HOLLENBECK, LLC

**519 8th Avenue | 25th Floor | New York, NY 10018 | map**
P: 212.286.0747 | F: 212.808.4155

**New York | New Jersey**

---

**From:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Sent:** Monday, August 18, 2025 10:57 AM
**To:** Christopher D. Warren <cwarren@sh-law.com>
**Subject:** Re: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

The issue looks to be with your PDF. Have you tried to print and scan the documents, as a work-around?

Robert Juliano
Help Desk Services
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805 - 0800, ext. 2

---

**From:** Christopher D. Warren <cwarren@sh-law.com>
**Sent:** Monday, August 18, 2025 10:54 AM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>; Tania Schakir-Drira <tsdrira@sh-law.com>
**Subject:** RE: [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

**CAUTION - EXTERNAL:**

Good morning,

It seems we are still having the same error. We have a deadline to file today and could use a hand.

Looping in my paralegal, @Tania Schakir-Drira, who is taken up the mantle of trying to get this filed.

Thanks so much!

**Christopher D. Warren | Partner**
cwarren@sh-law.com | Bio | vCard | LinkedIn
Direct Phone: 212-390-8060

SCARINCI | HOLLENBECK, LLC

**519 8th Avenue | 25th Floor | New York, NY 10018 | map**
P: 212.286.0747 | F: 212.808.4155

**New York | New Jersey**

**From:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Sent:** Monday, August 18, 2025 8:48 AM
**To:** Christopher D. Warren <cwarren@sh-law.com>
**Subject:** [EXTERNAL] RE: Help Filing Matter 1:25-mc-345/350

**[EXTERNAL EMAIL]**

Good morning,

What is the issue you are having?

Thank you.

Robert Juliano
Help Desk Services
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805 - 0800, ext. 2

**From:** Christopher D. Warren <cwarren@sh-law.com>
**Sent:** Saturday, August 16, 2025 3:48 PM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Cc:** Tania Schakir-Drira <tsdrira@sh-law.com>
**Subject:** Help Filing Matter 1:25-mc-345/350

**CAUTION - EXTERNAL:**

Good morning! I hope everyone had a great weekend.

I called on Friday and spoke with someone at the help desk that was very helpful in trying to troubleshoot my issue. He attempted to add the filing party on his end, and was able to do so.

The two cases you can search are:
1:25-mc-350, and
1:25-mc-345.

Han Peiyong is the movant
SEC is the respondent.

I've attempted to do so on four separate computers, using three separate browsers (Chrome, Edge, Firefox), by two different people, on three different networks, and have had the same result, which I post here:



We've cleared cache, cookies, reinstalled, restarted, etc, and have the same result when attempting to simply select the filer for the initiating documents. I've restarted the process from the top, readded the parties, created a new case number... all with the same result.

I'm sure it's something small that we are not doing, but at this point, we are unable to get past this prompt.

Looking for assistance on Monday, and happy to schedule a call. Thank you!

Best,
Chris

**Christopher D. Warren** | **Partner**
cwarren@sh-law.com  |  Bio  |  vCard  |  LinkedIn
Direct Phone: 212-390-8060

**SCARINCI | HOLLENBECK, LLC**

**519 8th Avenue | 25th Floor | New York, NY 10018 |** map
P: 212.286.0747 | F: 212.808.4155

sh-law.com | New York | New Jersey

**Confidentiality Notice:** This electronic message contains information from the law firm of Scarinci Hollenbeck. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.